UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**IESE SATELE TUPEA,**
 Plaintiff,

v.                  **CIVIL NO. 2:23CV240**

**MATTHEW JAY KLINE,**

**AND**

**JOSH WYCHE, SR.,**
 Defendants.

## NOTICE OF SETTLEMENT

COME NOW, the parties jointly, to certify that this matter has settled. The parties are working to effectuate the agreed terms and will file a Rule 41(1)(A)(ii) Stipulation of Dismissal promptly.

              Respectfully yours,
              **IESE SATELE TUPEA, Plaintiff**

Dated: June 7, 2024    /s/ Sarah G. Sauble
              Kevin Biniazan | VSB No. 92109
              Lauren Martin | VSB No. 93653
              BREIT BINIAZAN, PC
              Towne Pavilion Center II
              600 22nd Street, Suite 402
              Virginia Beach, Virginia 23541
              Phone | 757.622.6000
              Fax | 757.299.8028
              Email | kevin@bbtrial.com
              Email | lmartin@bbtrial.com

              Sarah G. Sauble | VSB No. 94757
              BREIT BINIAZAN, PC
              2100 East Cary Street, Suite 310
              Richmond, Virginia 23223

        Phone | 804-522-0065
        Fax | 757-670-3939
        Email| sarah@bbtrial.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that that on this 7th day of June 2024, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such to all counsel of record.

    /s/    Sarah G. Sauble
Kevin Biniazan | VSB No. 92109
Lauren Martin | VSB No. 93653
Breit Biniazan, PC
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23541
Phone | 757.622.6000
Fax | 757.299.8028
Email | kevin@bbtrial.com
Email | lmartin@bbtrial.com

Sarah G. Sauble | VSB No. 94757
BREIT BINIAZAN, PC
2100 East Cary Street, Suite 310
Richmond, Virginia 23223
Phone | 804-522-0065
Fax | 757-670-3939
Email| sarah@bbtrial.com

*Counsel for Plaintiff*